UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
❖❖❖❖❖❖❖❖❖❖❖❖❖❖ ❖❖❖❖❖❖❖ ❖❖❖❖❖❖❖ ❖❖❖❖❖❖❖ ❖❖❖❖❖❖❖ ❖❖❖❖❖❖❖

**UNITED STATES OF AMERICA,**

                    **Plaintiff,**

        -v-                                            1:04-CV-714

**BRUCE TANSKI, BRUCE TANSKI CONSTRUCTION and DEVELOPMENT COMPANY, L.L.C., MOUNTAIN LEDGE, L.P., MOUNTAIN LEDGE, L.L.C., MICHAEL DENNIS, HOWARD F. JACOBSON, YATES SCOTT LANSING, and MOUNTAIN LEDGE DEVELOPMENT CORP.,**

                    **Defendants.**

❖❖❖❖❖❖❖❖❖❖❖❖❖❖ ❖❖❖❖❖❖❖ ❖❖❖❖❖❖❖ ❖❖❖❖❖❖❖ ❖❖❖❖❖❖❖ ❖❖❖❖❖❖❖

APPEARANCES:

HON. GLENN T. SUDDABY
OFFICE OF THE UNITED STATES ATTORNEY
PAULA RYAN CONAN, Esq., Assistant United States Attorney
P.O. Box 7198
100 South Clinton Street
Syracuse, New York 13261
Attorney for Plaintiff

UNITED STATES DEPARTMENT OF JUSTICE
Housing and Civil Enforcement Section
SEAN R. KEVENEY, Esq., of Counsel
950 Pennsylvania Avenue NW
Washington, DC 20530
Attorney for Plaintiff

DREYER, BOYAJIAN LAW FIRM
WILLIAM J. DREYER, Esq., of Counsel
75 Columbia Street
Albany, New York 12210
Attorney for Defendants Bruce Tanski and Bruce Tanski Construction and Development Company, L.L.C.

O'CONNELL, ARONOWITZ LAW FIRM
NEIL H. RIVCHIN, Esq., of Counsel
54 State Street, 9th Floor
Albany, New York 12207
Attorney for Defendants Mountain Ledge Development Corp.,
Mountain Ledge, L.P., Mountain Ledge, L.L.C., and Michael Dennis

DONOHUE, SABO LAW FIRM
KATHLEEN L. WERTHER, Esq., of Counsel
ALVIN O. SABO, Esq., of Counsel
KENNETH G. VARLEY, Esq., of Counsel
P.O. Box 15056
24 Aviation Road
Albany, New York 12212
Attorney for Howard F. Jacobson

TABNER, RYAN LAW FIRM
BENJAMIN F. NEIDL, Esq., of Counsel
18 Corporate Woods Boulevard
Albany, New York 12211
Attorney for Yates Scott Lansing

**Hon. Norman A. Mordue, D.J.:**

### ORDER

In a Report-Recommendation and Order dated January 11, 2006 (Dkt. No. 116), as clarified by an Order dated January 19, 2006 (Dkt. No. 121), United States Magistrate Judge Randolph F. Treece recommended that this Court deny the motion for severance (Dkt. No. 88) by defendants Mountain Ledge Development Corp., Mountain Ledge, L.P., Mountain Ledge, L.L.C., and Michael Dennis.

Upon careful review of all of the papers herein, and having received no objections thereto, it is hereby

ORDERED that the Report-Recommendation and Order dated January 11, 2006 (Dkt. No. 116), as clarified by an Order dated January 19, 2006 (Dkt. No. 121), is approved and

adopted; and it is further

ORDERED that the motion for severance (Dkt. No. 88) by defendants Mountain Ledge Development Corp., Mountain Ledge, L.P., Mountain Ledge, L.L.C., and Michael Dennis denied.

IT IS SO ORDERED.

February 8, 2006
Syracuse, New York

Norman A. Mordue
U.S. District Judge